IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 14-cv-02791-REB-CBS

FOUNDERS FAMILY MEDICAL CENTER KC MEDICAL, PC,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion for Dismissal of All Claims with Prejudice** [#34][1] filed July 14, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal of All Claims with Prejudice** is granted;

2. That all pending pretrial deadlines are vacated;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set November 20, 2015, is vacated;

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That the jury trial set to commence December 7, 2015, is vacated; and

5. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated July 14, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge